**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:10-CV-00684 |
|---|---|

MPH TECHNOLOGIES OY,
 Plaintiff,
v.
ZYXEL COMMUNICATIONS CORPORATION, et al.,
 Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ZYXEL COMMUNICATIONS, INC., NETGEAR, INC. AND CHECK POINT SOFTWARE TECHNOLOGIES INC.

| NAME (Type or print) |
|---|
| Raven Moore |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Raven Moore |
| FIRM |
| Reed Smith LLP |
| STREET ADDRESS |
| 10 S. Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606-7507 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280665 | 312.207.1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐