AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| MPH Technology Oy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10 C 684 |
| Zyxel Communications, et. al. | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  for the reasons stated in the Courts 7/16/10 memorandum opinion and order, defendants' motion to transfer is granted [31]. This case is transferred to the Northern District of California pursuant to 28 U.S.C. Section 1404(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  July 16, 2010

Michael W. Dobbins, Clerk of Court

s/Melanie A. Foster
Melanie A. Foster, Deputy Clerk