MARTIN L. FINEMAN (CA Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
martinfineman@dwt.com

RAYMOND P. NIRO *(pro hac vice)*
CHRISTOPHER J. LEE *(pro hac vice)*
BRIAN E. HAAN *(pro hac vice)*
ANNA B. FOLGERS *(pro hac vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
rniro@nshn.com
clee@nshn.com
bhaan@nshn.com
afolgers@nshn.com

Counsel for Plaintiff, MPH Technologies OY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY, | Case No. 3:10cv03376 |
| Plaintiff, | **EX PARTE APPLICATION FOR ISSUANCE OF LETTERS ROGATORY** |
| v. | |
| ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC., NETGEAR, INC., CHECK POINT SOFTWARE TECHNOLOGIES, LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES, INC., | |
| Defendants. | |

EX PARTE APPLICATION FOR ISSUANCE OF LETTERS ROGATORY
MPH Technologies OY v. Zyxel Communications Corporation, et al.,
Case No. 3:10cv03376

I.  **INTRODUCTION**

Plaintiff MPH Technologies OY ("MPH") respectfully applies for the issuance of letters rogatory. The letters are useful and necessary in order to serve compulsory process on the foreign defendant ZyXEL Communications Corporation, a Taiwanese entity.

The request for assistance from the appropriate judicial authority in Taiwan is quite simple: to effect service of the Summons and Complaint on ZyXEL Communications Corporation. This is a routine request, and one authorized by law (the Treaty of Friendship, Commerce and Navigation and the US Taiwan Relations Act of 1979 (22 U.S.C. §3303(c)).

Therefore, MPH respectfully asks the Court to issue the letters rogatory. An appropriate form of letters rogatory has been submitted to the Court.

II.  **FACTS**

On February 2, 2010, MPH filed suit in the United States District Court for the Northern District Court of Illinois against Defendants ZyXEL Communications, Inc., ZyXEL Communications Corporation (Taiwanese parent of ZyXEL Communications), Check Point Software Technologies, Inc., Check Point Software Technologies, Ltd. (Israeli parent of Check Point Software Technologies), and Netgear, Inc. for infringement of its United States Patent No. 7,346,926.

The U.S. entities, ZyXEL Communications, Inc., Check Point Software Technologies, Inc. and Netgear, Inc., have filed answers and asserted invalidity counterclaims and affirmative defenses. The foreign entities, ZyXEL Communications Corporation and Check Point Software Technologies, Ltd., have rejected MPH's February 10, 2010 request to waive service under Rule 4(d)(1). In addition, their U.S. subsidiaries or their counsel have refused to accept service of process on their behalf.

On May 5, 2010, Defendants ZyXEL Communications, Inc., Check Point Software Technologies, Inc. and Netgear, Inc. filed a Motion To Transfer the case from the United States District Court for the Northern District of Illinois to the United States District Court for the Northern District of California. On July 16, 2010, the Court granted the Defendant Motion and this

1

EX PARTE APPLICATION FOR ISSUANCE OF LETTERS ROGATORY
MPH Technologies OY v. Zyxel Communications Corporation, et al.,     Case No. 3:10cv03376

case was transferred to the Northern District of California on July 30, 2010. It is now necessary to serve the foreign defendant ZyXEL Communications Corporation. The letters rogatory are necessary and useful to accomplish service service of process in Taiwan.

### III. LEGAL BASIS FOR THE LETTERS ROGATORY

The assistance requested in the letters rogatory is provided pursuant to the requirements of the Treaty of Friendship, Commerce and Navigation executed in 1948 between the Republic of China and the United States of America, and continued in force pursuant to the US Taiwan Relations Act of 1979 (22 U.S.C. §3303(c)).

### IV. CONCLUSION

For the reasons stated above, Plaintiff MPH Technologies OY respectfully asks the Court to issue letters rogatory.

Dated: August 17, 2010               DAVIS WRIGHT TREMAINE LLP


By   /s/ Martin L. Fineman
     Martin L. Fineman
     Attorneys for Plaintiff
     MPH Technologies OY

2

LETTERS ROGATORY                                                              Case No. 3:10cv03376
MPH Technologies OY v. Zyxel Communications Corporation, et al.,              DWT 15217864v1 0092481-1