|   |   |
|---|---|
| 1 |   |
| 2 |   |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY, <br><br> Plaintiff, <br><br> vs. <br><br> ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC., NETGEAR, INC., CHECK POINT SOFTWARE TECHNOLOGIES, LTD., and CHECK POINT SOFTWARE TECHNOLOGIES, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:10-CV-03376-RS <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |

On this day came on to be considered Plaintiff MPH TECHNOLOGIES OY, ("MPH") and Defendants ZyXEL Communications Corporation and ZyXEL Communications, Inc.'s (collectively "ZyXEL") Stipulation of Dismissal of MPH's claims for relief against ZyXEL and ZyXEL's counterclaims for relief against MPH with all attorneys' fees, costs and expenses to be borne by the party incurring same, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Stipulation of Dismissal be granted and that MPH's claims for relief against ZyXEL and ZyXEL's counterclaims for relief against MPH are dismissed with prejudice with all attorneys' fees, costs and expenses to be borne by the party incurring same. All of MPH's claims against the remaining defendants remain in place and are not waived, discharged or compromised by the entry of this Order.

SIGNED this 18th day of February, 2011.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE