| | |
|---|---|
| MARTIN L. FINEMAN (CA Bar No. 104413)<br>DAVIS WRIGHT TREMAIN LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Telephone:  (415) 276-6575<br>Facsimile:   (415) 276-6599<br>martinfineman@dwt.com<br><br>RAYMOND P. NIRO *(pro hac vice)*<br>CHRISTOPHER J. LEE *(pro hac vice)*<br>BRIAN E. HAAN *(pro hac vice)*<br>ANNA B. FOLGERS *(pro hac vice)*<br>NIRO, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, IL  60602<br>Telephone:  (312) 236-0733<br>Facsimile:  (312) 236-3137<br>rniro@nshn.com<br>clee@nshn.com<br>bhaan@nshn.com<br>afolgers@nshn.com<br><br>Counsel for Plaintiff MPH Technologies OY | John P. Bovich (SBN 150688)<br>Email:  jbovich@reedsmith.com<br>Doyle B. Johnson (SBN 180348)<br>Email:  dbjohnson@reedsmith.com<br>Adaline J. Hilgard (SBN 173213)<br>Email:  ahilgard@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3659<br>Telephone:     +1 415 543 8700<br>Facsimile:      +1 415 391 8269<br><br>Attorneys for Defendants Check Point Software Technologies, Inc., Check Point Software Technologies, Ltd. and NETGEAR, Inc.<br><br>Kenneth A. Liebman (SBN 090438)<br>Email: kliebman@faegre.com<br>Nina Y. Wang  (SBN 213011)<br>Email:  nwang@faegre.com<br>Mary V. Sooter  (*pro hac vice*)<br>Email:  msooter@faegre.com<br>FAEGRE & BENSON LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br>Telephone:  (303) 607-3500<br>Facsimile:  (303) 607-3600<br><br>Attorneys for Defendant NETGEAR, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>           Plaintiff,<br>v.<br><br>ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC., NETGEAR, INC., CHECK POINT SOFTWARE TECHNOLOGIES, LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES, INC.,<br>           Defendants. | Case No. 3:10cv03376 RS (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>**[L.R. 7-12 & 6-2]** |

1

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT, Case No. 3:10cv03376 RS (JCS)

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff MPH Technology OY and
2 Defendants Check Point Software Technologies, Ltd., Check Point Software Technologies, Inc.
3 and NETGEAR, Inc., by and through their respective undersigned counsel, hereby stipulate to
4 and request as follows:

6  1.  On December 3, 2010, the Court issued a Case Management Scheduling Order
7 (Docket No. 120) setting various deadlines, including the deadline for the parties to file their Joint
8 Claim Construction Statement ("JCCS").  The parties' JCCS is currently due on April 1, 2011.

10  2.  The parties have exchanged proposed constructions, and have been diligently
11 meeting and conferring on their respective proposed constructions in accordance with the Patent
12 Local Rules.  The parties have not yet completed their meet and confer discussions and believe that
13 a short extension of time to file their JCCS would facilitate possible resolution of some of their
14 outstanding issues, which would result in limiting the scope of their claim construction disputes.

16  3.  Accordingly, the parties stipulate to and propose that the deadline for filing their
17 JCCS statement be extended by four (4) days from April 1, 2011 to April 5, 2011 to facilitate
18 their meet and confer.  The extension requested herein will not affect any other deadlines set by
19 the Court, including the date presently scheduled for the Claim Construction hearing.

21  4.  Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the
22 Declaration of Adaline J. Hilgard setting forth (a) the reasons for the requested rescheduling; (b)
23 all previous time modifications to the Court's Case Management Scheduling Order (Dkt. No.
24 120); and (c) the effect of the requested rescheduling.

DATED: March 30, 2011.

NIRO, HALLER & NIRO

By /s/ Brian E. Haan
 Brian E. Haan
 Counsel for Plaintiff MPH Technologies OY

REED SMITH LLP

By /s/ Adaline J. Hilgard
 Adaline J. Hilgard *
 Attorneys for Defendants Check Point Software
 Technologies, Inc. and Check Point Software
 Technologies Ltd.

FAEGRE & BENSON LLP

By /s/ Mary V. Sooter
 Mary V. Sooter
 Counsel for Defendant NETGEAR, Inc.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adaline J. Hilgard hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  3/31/11

 _____
 United States District Judge Richard Seeborg

3

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT, Case No. 3:10cv03376 RS (JCS)