MARTIN L. FINEMAN (CA Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-mail: martinfineman@dwt.com

RAYMOND P. NIRO
WILLIAM L. NIRO *(Pro Hac Vice)*
CHRISTOPHER J. LEE *(Pro Hac Vice)*
BRIAN E. HAAN *(Pro Hac Vice)*
ANNA B. FOLGERS *(Pro Hac Vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: wniro@nshn.com
E-mail: clee@nshn.com
E-mail: bhaan@nshn.com
E-mail: afolgers@nshn.com

*Attorneys for MPH TECHNOLOGIES OY*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>            Plaintiff,<br><br>      v.<br><br>ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC., NETGEAR, INC., CHECK POINT SOFTWARE TECHNOLOGIES, LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES, INC.,<br><br>            Defendants. | Case No. 3:10 cv 03376 RS<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PLR 4-3**<br><br>**EXHIBIT 1 – MPH'S CONSTRUCTIONS AND SUPPORTING EVIDENCE**<br><br>Judge:  Honorable Richard Seeborg |

In accordance with the Court's Case Management Scheduling Order (Dkt. No. 120) and pursuant to Patent Local Rule 4-3(b), MPH Technologies Oy ("MPH") hereby provides an identification of references from the intrinsic record and extrinsic evidence in support of its proposed constructions and in opposition to the Defendants' proposed constructions.  MPH reserves the right to provide additional references and evidence, as well as to cite Defendants' references and evidence, to support of its proposed constructions and to oppose the Defendants' proposed constructions.

**(a) Agreed-To Terms**

| # | Terms | Agreed-To Constructions | Supporting References and Evidence |
|---|---|---|---|
| 1 | terminal; first terminal; second terminal | Terminal: An end point of the secure communication link  First Terminal: A mobile end point of the secure communication link  Second Terminal: Another end point of the secure communication link | Agreed |
| 2 | responding | sending a message in response to the request message | Agreed |

**(b) Disputed Terms**

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| 1 | establishing a first secure communication link | forming a secure connection | '926 Patent, including but not limited to: Claims 1-20, Abstract, Col. 1:40–2:2, Col. 2:52–3:27, Col. 3:41–46, Col. 6:16–22, Col. 6:31-42, Col. 6:63–67, Col. 7:33–48, Col. 7:53–59 |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | (MPH000001-MPH000009);<br><br>PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184);<br><br>PCT Application (claims 1–20, as amended March 26, 2004) (MPH000102–MPH000105);<br><br>PCT International Preliminary Examination Report, (MPH000147–MPH000152);<br><br>Notice of Allowability (MPH000020-MPH000023);<br><br>Preliminary Amendment, (MPH000114–MPH000121);<br><br>Office Action Summary, Rejection, (MPH000054–MPH000063);<br><br>First Amendment, (MPH000036-MPH000047);<br><br>IETF, RFC 2408, Internet Security Association and Key Management Protocol (ISAKMP), November 1998, passim (PA0001213-PA0001282);<br><br>IETF, RFC 2409, The Internet Key Exchange (IKE), November 1998, passim; (PA0001283-PA0001316);<br><br>Gopal et al., On IP Radio Access Network (RAN) Security, at § 1. IP Sec Protocol Suite. (PA0002193-PA0002206);<br><br>Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1 at ¶¶ 0030-0031. (PA0001975-PA0001988);<br><br>United States Patent App. No. 2002/0136226, Christoffel, Methods |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|----------------------------|-----------------------------------|
| | | | and Systems for Enabling Seamless Roaming of Mobile Devices Among Wireless Networks, at ¶ 0063 (PA0002404-PA0002441); |
| | | | United States Patent App. No. 2003/0182431, Sturniolo et al., Method and Apparatus for Proving Secure Connectivity in Mobile and Other Intermittent Computing Environments, ¶¶ 34-35 (PA0001989-PA0002022); |
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Nuopponen & Vaarala, Mobile IPv4 coexistence with IPsec remote access tunneling, <draftnuopponen-vaarala-mipvpn-00.txt>, July 19, 2002, at 2–8; (PA0002160-PA0000002172); |
| | | | Kivinen et al., Negotiation of NAT-Traversal in the IKE, <draft-ietf-ipsec-nat-t-ike-01>, October 23, 2001, passim (PA0001024-PA0001031); |
| | | | Kivinen et al., Negotiation of NAT-Traversal in the IKE, <draft-ietf-ipsec-nat-t-ike-02>, April 10, 2002, passim (PA0002140-PA0002150). |
| 2 | encapsulation; encapsulation method; first encapsulation method | Encapsulation: adding header information to a message

MPH does not believe a separate construction for "encapsulation method" or | '926 Patent, including but not limited to: Claims 1-20, Abstract, Col. 2:27–51, Col. 3:46–48, Col. 3:53–55, Col. 4:23–67, Col. 5:55–6:20 (MPH000001-MPH000009);

PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | "first encapsulation method" is necessary beyond its construction of "encapsulation." | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000102–MPH000105); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047); |
| | | | Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1 at ¶¶ 0026-0042. (PA0001975-PA0001988); |
| | | | United States Patent No. 6,970,459, col. 3:44-4:53, Figures 13-15 (PA0002476-PA0002494); |
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Levkowetz & Vaarala, Mobile IP NAT/NAPT Traversal using UDP Tunnelling, <draft-levkowetz-vaarala-mobileip-nat-traversal-00.txt>, IETF Draft, November 2001, at 4–15 (PA0001557-PA0001578); |
| | | | Vaarala, Mobile IP NAT/NAPT/Firewall Traversal, <draft-vaarala-mobileip-nat-traversal-00.txt>, IETF Draft, July 12, 2001, at 2–13, 17; (PA0001579-PA0001600); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | Huttunen et al., UDP Encapsulation of IPsec Packets, <draft-ietf-ipsec-udp-encaps-01.txt>, October 2, 2001, passim (PA0001039-PA0001044); |
| | | | Kivinen et al., Negotiation of NAT-Traversal in the IKE, <draft-ietf-ipsec-nat-t-ike-01>, October 23, 2001, passim (PA0001024-PA0001031); |
| | | | Kivinen et al., Negotiation of NAT-Traversal in the IKE, <draft-ietf-ipsec-nat-t-ike-02>, April 10, 2002, passim (PA0002140-PA0002150); |
| | | | IETF, RFC 2003, IP Encapsulation within IP, October 1996, at pp. 3–5; (PA0002207-PA0002220); |
| | | | James Harry Green, The Irwin Handbook of Telecommunications (Fourth Ed. McGraw-Hill 2000), at 441 (PA0002575-PA0002582); |
| | | | Definition of "encapsulation" in Newton's Telecom Dictionary, 17th Ed. Feb. 2001, p.249 (Exhibit A to MPH's PLR 4-2 Disclosure). |
| 3 | request message | plain and ordinary meaning. | '926 Patent, including but not limited to: Claims 1-20, Abstract, Fig. 1; Col. 1:20-52; Col. 2:27-42; Col. 2:52-3:16; Col. 3:17-67; Col.4:1-4; Col. 4:7-14; Col.4:15-22; Col. 4:23-67; Col. 5:1-6:62; Col. 6:63-7:7; Col. 7:8-14; Col. 7:15-22; Col. 7:24-8:14 (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000093, MPH000102–MPH000108); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); |
| | | | Finnish Priority Document at (MPH000122-MPH000140); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | *See also* PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928); |
| | | | PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125); |
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | IP Mobility Support for IPv4, revised, Internet Draft, IETF, draft-ietf-mobileip-rfc2002-bis-03.txt (see pages 14, 27 and sec. 3.3, 3.4) (PA0000393-PA0000490); |
| | | | NAT traversal for Mobile IP using UDP tunneling, Internet Draft, IETF, draft-levkowetz-mobileip-nattunnel-00.txt (see Sec. 2.1) (PA0000248-PA0000263); |
| | | | Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961); |
| | | | The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952-PA0001955) |
| | | | Definition of "request", "request message", "request packet" and "request send" in IEEE 100: The Authoritative Dictionary of IEEE Standards Terms, 7th Ed. 2000 at pp. 966-967 (Exhibit B to MPH's PLR-4-2 Disclosure). |
| 4 | to change communication between the first terminal and the second terminal from the first secure communication link to a second secure communication link | to request a change in the address of the secure connection | '926 Patent, including but not limited to: Claims 1-20, Abstract, Col. 3:7-27, Col. 3:49-53, Col. 4:7 - Col. 5:40; Col. 6:20-22, Col. 7:8-22, Col. 7:44-48, Col. 7:60-Col. 8:14 (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |
| | | | PCT Application (claims 1–20, as amended March 26, 2004) |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | (MPH000102–MPH000105);<br><br>PCT International Preliminary Examination Report, (MPH000147–MPH000152);<br><br>Notice of Allowability (MPH000020-MPH000023);<br><br>Preliminary Amendment, (MPH000114–MPH000121);<br><br>Office Action Summary, Rejection, (MPH000054–MPH000063);<br><br>First Amendment, (MPH000036-MPH000047);<br><br>IETF, RFC 2408, Internet Security Association and Key Management Protocol (ISAKMP), November 1998, passim (PA0001213-PA0001282);<br><br>IETF, RFC 2409, The Internet Key Exchange (IKE), November 1998, passim; (PA0001283-PA0001316);<br><br>United States Patent No. 6,970,459, col. 5:55-65 (PA0002476-PA0002494);<br><br>United States Patent No. 7,136,645, Hanson et al., Method and Apparatus for Providing Mobile and Other Intermittent Connectivity in a Computing Environment, col. 2, ll. 8-39 (PA0002495-PA0002574);<br><br>United States Patent App. No. 2002/0136226, Christoffel, Methods and Systems for Enabling Seamless Roaming of Mobile Devices Among Wireless Networks, at ¶ 81-84 (PA0002404-PA0002441);<br><br>PCT Written Opinion/Response (Opinion date, September 23, 2003; |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|----------------------------|-----------------------------------|
| | | | Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Nuopponen & Vaarala, Mobile IPv4 coexistence with IPsec remote access tunneling, <draftnuopponen-vaarala-mipvpn-00.txt>, July 19, 2002, at 2–8; (PA0002160-PA0000002172). |
| 5 | containing a description of the first encapsulation method performed by the first terminal | including information in the request message of how the messages were encapsulated by the first terminal prior to moving to the new address | '926 Patent, including but not limited to: Claims 1-20, Abstract, Col. 3:53-67; Col. 4:7-Col. 5:23; (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000102–MPH000108); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); |
| | | | Finnish Priority Document at (MPH000122-MPH000140); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152);<br><br>*See also*<br>PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928);<br><br>PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125);<br><br>Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1 at ¶¶ 0026-0042. (PA0001975-PA0001988);<br><br>United States Patent No. 6,970,459, col. 16:53-17:3 (PA0002476-PA0002494);<br><br>United States Patent App. No. 2003/0182431, Sturniolo et al., Method and Apparatus for Proving Secure Connectivity in Mobile and Other Intermittent Computing Environments, See ¶ 41 (PA0001989-PA0002022);<br><br>PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216);<br><br>PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225);<br><br>Negotiation of NAT-Traversal in the IKE, Internet Draft, IPSEC, draft-ietf-ipsec-nat-t-ike.00.txt   (see   Sec.   3.2)   (PA0000001- |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | PA0000008);<br><br>UDP Encapsulation of IPSEC Packets, Internet Draft, IPSEC, draft-ieft-ipsec-udp-encaps-00.txt (see Sec. 2.1, 3.2, 3.4, 3.6, 3.7) (ZYINC013981-ZYINC013989);<br><br>IP Encapsulating Security Payload ESP, RFC 1827 (see Sec. 1.1, 3) (PA0001962-PA0001973);<br><br>Vaarala, Mobile IP NAT/NAPT/Firewall Traversal, <draft-vaarala-mobileip-nat-traversal-00.txt>, IETF Draft, July 12, 2001, at 2–13, 17; (PA0001579-PA0001600);<br><br>Huttunen et al., UDP Encapsulation of IPsec Packets, <draft-ietf-ipsec-udp-encaps-01.txt>, October 2, 2001, passim (PA0001039-PA0001044);<br><br>Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961);<br><br>The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952-PA0001955). |
| 6 | using the description of the first encapsulation method to detect translations of the encapsulated request message | examining the request to determine any translations and/or encapsulations | '926 Patent, including but not limited to:<br>Claims 1-20, Col. 2:43-46; Col. 3:55-67; Col. 4:7-22; Col. 4:23-33; Col. 4:34-39; Col. 4:40-67; Col. 5:1-23; Col. 5:24-34; Col. 5:35-40; (MPH000001-MPH000009);<br><br>PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000102–MPH000108); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); |
| | | | Finnish Priority Document at (MPH000122-MPH000140); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | *See also* PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928); |
| | | | PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125); |
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|-----------------------------|-------------------------------------|
| | | | Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Vaarala, Mobile IP NAT/NAPT/Firewall Traversal, <draft-vaarala-mobileip-nat-traversal-00.txt>, IETF Draft, July 12, 2001, at 2–13, 17; (PA0001579-PA0001600). |
| 7 | reply message | plain and ordinary meaning | '926 Patent, including but not limited to: Claims 1-20, Abstract, Fig. 1, Col. 1:20-52; Col. 2:27-42; Col. 2:52-3:16; Col. 3:17-67; Col:4:7-67; Col. 5:1-63; Col. 5:64-6:4; Col. 6:5-62; Col. 6:63-7:22; Col. 7:23-54; Col. 7:60-8:14 (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000093, MPH000102–MPH000108); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|-----------------------------|-------------------------------------|
|   |       |                             | Finnish Priority Document at (MPH000122-MPH000140); |
|   |       |                             | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
|   |       |                             | *See also*<br>PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928); |
|   |       |                             | PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125); |
|   |       |                             | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
|   |       |                             | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
|   |       |                             | IP Mobility Support for IPv4, revised, Internet Draft, IETF, draft-ietf-mobileip-rfc2002-bis-03.txt (see pages 14, 27 and sec. 3.3, 3.4) (PA0000393-PA0000490); |
|   |       |                             | NAT traversal for Mobile IP using UDP tunneling, Internet Draft, IETF, draft-levkowetz-mobileip-nattunnel-00.txt (see Sec. 2.1) (PA0000248-PA0000263); |
|   |       |                             | Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952-PA0001955); |
| | | | Definition of "reply" in Newton's Telecom Dictionary, 17th Ed. Feb 2001 at pg. 581 (Exhibit A to MPH's PLR 4-2 Disclosure); |
| | | | Definition of "response" in Newton's Telecom Dictionary, 17th Ed. Feb 2001 at pg. 583 (Exhibit A to MPH's PLR 4-2 Disclosure); |
| | | | Definition of "response" in IEEE 100: The Authoritative Dictionary of IEEE Standards Terms, 7th Ed. 2000 at pg. 976 (Exhibit B to MPH's PLR 4-2 Disclosure). |
| 8 | having a description about detected translations | including information about NAT translations, protocol translations, or other translations detected by the other terminal, and parameters related to such translations | '926 Patent, including but not limited to: Claims 1-20, Abstract, 3:59-67; Col. 4:15-22; Col. 4:40-67; Col. 5:1-23; Col. 5:35-40; Col. 6:63-65; Col. 7:60-8:14 (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000093, MPH000102–MPH000108); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); Finnish Priority Document at (MPH000122-MPH000140); PCT International Preliminary Examination Report, (MPH000147–MPH000152); *See also* PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928); PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125); Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1. (PA0001975-PA0001988); United States Patent No. 6,970,459, col. 16:53-17:3 (PA0002476-PA0002494); United States Patent App. No. 2003/0182431, Sturniolo et al., Method and Apparatus for Proving Secure Connectivity in Mobile and Other Intermittent Computing Environments, See ¶ 41 (PA0001989-PA0002022); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Negotiation of NAT-Traversal in the IKE, Internet Draft, IPSEC, draft-ietf-ipsec-nat-t-ike.00.txt (see Sec. 3.2) (PA0000001-PA0000008); |
| | | | UDP Encapsulation of IPSEC Packets, Internet Draft, IPSEC, draft-ieft-ipsec-udp-encaps-00.txt (see Sec. 2.1, 3.2, 3.4, 3.6, 3.7) (ZYINC013981-ZYINC013989); |
| | | | IP Encapsulating Security Payload ESP, RFC 1827 (see Sec. 1.1, 3) (PA0001962-PA0001973); |
| | | | Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961); |
| | | | The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952-PA0001955). |
| 9 | [having a description about] encapsulation methods supported by the second terminal | including an indication of which encapsulation method(s) and parameters should be used for communication through the new communication link | '926 Patent, including but not limited to: Claims 1-20, Abstract, 3:59-67; Col. 4:15-22; Col. 4:62-67; Col. 5:6-23; Col. 5:35-40; Col. 6:63-7:7 (MPH000001-MPH000009); |
| | | | PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | PCT Application (claims 1–20, as amended March 26, 2004) (MPH000093, MPH000102–MPH000108); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | Notice of Allowability (MPH000020-MPH000023); |
| | | | Preliminary Amendment, (MPH000114–MPH000121); |
| | | | Office Action Summary, Rejection, (MPH000054–MPH000063); |
| | | | First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); |
| | | | Finnish Priority Document at (MPH000122-MPH000140); |
| | | | PCT International Preliminary Examination Report, (MPH000147–MPH000152); |
| | | | *See also* PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; (PA0001898-PA0001928); |
| | | | PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125); |
| | | | Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1. (PA0001975-PA0001988); |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | United States Patent No. 6,970,459, col. 16:53-17:3 (PA0002476-PA0002494); |
| | | | United States Patent App. No. 2003/0182431, Sturniolo et al., Method and Apparatus for Proving Secure Connectivity in Mobile and Other Intermittent Computing Environments, See ¶ 41 (PA0001989-PA0002022); |
| | | | PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216); |
| | | | PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225); |
| | | | Negotiation of NAT-Traversal in the IKE, Internet Draft, IPSEC, draft-ietf-ipsec-nat-t-ike.00.txt (see Sec. 3.2) (PA0000001-PA0000008); |
| | | | UDP Encapsulation of IPSEC Packets, Internet Draft, IPSEC, draft-ieft-ipsec-udp-encaps-00.txt (see Sec. 2.1, 3.2, 3.4, 3.6, 3.7) (ZYINC013981-ZYINC013989); |
| | | | IP Encapsulating Security Payload ESP, RFC 1827 (see Sec. 1.1, 3) (PA0001962-PA0001973); |
| | | | Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961); |
| | | | The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952- |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | PA0001955). |
| 10 | description of the reply message | description about detected translations and/or encapsulation methods supported by the second terminal | '926 Patent, including but not limited to: Claims 1-20, Abstract, 3:55-67; Col. 4:7-5:23; Col. 5:35-45; Col. 7:60-8:14 (MPH000001-MPH000009); <br><br> PCT Patent Application Number PCT/FI03/00046 at (MPH000153–MPH000156) (MPH000159–MPH000184); <br><br> PCT Application (claims 1–20, as amended March 26, 2004) (MPH000093, MPH000102–MPH000108); <br><br> PCT International Preliminary Examination Report, (MPH000147–MPH000152); <br><br> Notice of Allowability (MPH000020-MPH000023); <br><br> Preliminary Amendment, (MPH000114–MPH000121); <br><br> Office Action Summary, Rejection, (MPH000054–MPH000063); <br><br> First Amendment, (MPH000036-MPH000047) (MPH000199-MPH000210); <br><br> Finnish Priority Document at (MPH000122-MPH000140); <br><br> PCT International Preliminary Examination Report, (MPH000147–MPH000152); <br><br> *See also* PCT International Application WO 00/35799, entitled "A Method for Packet Authentication in the Presence of Network Address Translations and Protocol Conversions"; |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|-------|------------------------------|-------------------------------------|
| | | | (PA0001898-PA0001928);<br><br>PCT International Application WO 00/56034, entitled "Method and System for Distributed Network Address Translation with Network Security Features (PA0002023-PA0002125);<br><br>Makineni, et al. U.S. Patent App. Pub. No. 2002/0066036 A1. (PA0001975-PA0001988);<br><br>United States Patent No. 6,970,459, col. 16:53-17:3 (PA0002476-PA0002494);<br><br>United States Patent App. No. 2003/0182431, Sturniolo et al., Method and Apparatus for Proving Secure Connectivity in Mobile and Other Intermittent Computing Environments, See ¶ 41 (PA0001989-PA0002022);<br><br>PCT Written Opinion/Response (Opinion date, September 23, 2003; Response date, October 15, 2003),( MPH000211-MPH000216);<br><br>PCT Written Opinion/Response (Opinion date, January 27, 2004; Response date, March 24, 2004), (MPH000219–223) (MPH000225);<br><br>Negotiation of NAT-Traversal in the IKE, Internet Draft, IPSEC, draft-ietf-ipsec-nat-t-ike.00.txt (see Sec. 3.2) (PA0000001-PA0000008);<br><br>UDP Encapsulation of IPSEC Packets, Internet Draft, IPSEC, draft-ieft-ipsec-udp-encaps-00.txt (see Sec. 2.1, 3.2, 3.4, 3.6, 3.7) (ZYINC013981-ZYINC013989);<br><br>IP Encapsulating Security Payload ESP, RFC 1827 (see Sec. 1.1, 3) |

| # | Terms | MPH's Proposed Construction | Supporting References and Evidence |
|---|---|---|---|
| | | | (PA0001962-PA0001973); |
| | | | Frank Hargrave, Hargrave's Communications Dictionary, The Institute of Electrical and Electronics Engineers (2001) (see def'n of "packet", "packet header", "payload") (PA0001956-PA0001961); |
| | | | The IEEE Standard Dictionary of Electrical & Electronics Terms, 6th ed., Standard Coordinating Committee 10, Terms & Definitions, Jane Radatz (see def'n of "header", "packet", "payload") (PA0001952-PA0001955). |