| | |
|---|---|
| John P. Bovich (SBN 150688) <br> Email: jbovich@reedsmith.com <br> Doyle B. Johnson (SBN 180348) <br> Email: dbjohnson@reedsmith.com <br> Adaline J. Hilgard (SBN 173213) <br> Email: ahilgard@reedsmith.com <br> REED SMITH LLP <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105-3659 <br> Telephone: +1 415 543 8700 <br> Facsimile: +1 415 391 8269 <br><br> Attorneys for Defendants <br> Check Point Software Technologies, Inc., and <br> Check Point Software Technologies, Ltd. | MARTIN L. FINEMAN (CA Bar No. 104413) <br> DAVIS WRIGHT TREMAIN LLP 505 <br> Montgomery Street, Suite 800 <br> San Francisco, California 94111 <br> Telephone: (415) 276-6575 <br> Facsimile: (415) 276-6599 <br> martinfineman@dwt.com <br><br> RAYMOND P. NIRO *(Member of N.D. Cal. Bar)* <br> WILLIAM L. NIRO *(pro hac vice)* <br> CHRISTOPHER J. LEE *(pro hac vice)* <br> BRIAN E. HAAN *(pro hac vice)* <br> ANNA B. FOLGERS *(pro hac vice)* <br> NIRO, HALLER & NIRO <br> 181 W. Madison St., Suite 4600 <br> Chicago, IL 60602 <br> Telephone: (312) 236-0733 <br> Facsimile: (312) 236-3137 <br> rniro@nshn.com <br> wniro@nshn.com <br> clee@nshn.com <br> bhaan@nshn.com <br> afolgers@nshn.com <br><br> Counsel for Plaintiff, MPH Technologies OY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY, <br><br> Plaintiff, <br><br> vs. <br><br> ZYXEL COMMUNICATIONS CORPORATION, ZYXEL COMMUNICATIONS, INC., NETGEAR, INC., CHECK POINT SOFTWARE TECHNOLOGIES, LTD., and CHECK POINT SOFTWARE TECHNOLOGIES, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | No.: 3:10-cv-03376-RS <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff MPH Technologies OY ("MPH"), on the one hand, and Defendants Check Point Software Technologies, Inc. and Check Point Software Technologies Ltd. (collectively "Check Point"), on the other hand, hereby agree and stipulate through their designated counsel that all claims for relief brought by MPH against Check Point and all counterclaims brought by Checkpoint against MPH are dismissed with prejudice, each party to bear its own attorneys' fees, costs and expenses. MPH and Check Point further agree and stipulate that all claims for relief brought by MPH against the remaining Defendant NETGEAR, Inc. ("NETGEAR") and all counterclaims brought by NETGEAR against MPH remain in place and are not waived, discharged or compromised by this Stipulation and Proposed Order.

DATED: April 27, 2011.

        REED SMITH LLP

        By   */s/ John P. Bovich*
        John P. Bovich*
        Attorneys for Defendants and Counterclaimants
        Check Point Software Technologies, Inc. and Check Point Software Technologies Ltd.

DATED: April 27, 2011.

        By   */s/ Christopher J. Lee*
        Christopher J. Lee
        Attorneys for Plaintiff and Counterdefendant MPH Technologies OY

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, John P. Bovich hereby attests that concurrence in the filing of this document has been obtained.*

### ORDER AND JUDGMENT

Pursuant to Stipulation, it is hereby ORDERED and ADJUDGED that all claims for relief brought in this Action by MPH Technologies OY against Check Point Software Technologies, Inc.

1  and Check Point Software Technologies Ltd. (collectively "Check Point") are DISMISSED WITH
2  PREJUDICE and all counterclaims brought in this Action by Check Point against MPH
3  Technologies OY are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees,
4  costs and expenses.  All claims for relief brought by MPH Technologies OY against the remaining
5  defendant, and all counterclaims brought by the remaining Defendant against MPH Technologies
6  OY remain in place and are not waived, discharged or compromised by entry of this Order.

8      IT IS SO ORDERED.

10     DATED: _____April 27_____, 2011.

13     By _____
    United States District Judge Richard Seeborg

