| | |
|---|---|
| John P. Bovich (SBN 150688)<br>Email:  jbovich@reedsmith.com<br>Doyle B. Johnson (SBN 180348)<br>Email:  dbjohnson@reedsmith.com<br>Adaline J. Hilgard (SBN 173213)<br>Email:  ahilgard@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3659<br>Telephone:     +1 415 543 8700<br>Facsimile:      +1 415 391 8269<br><br>Attorneys for Defendant<br>NETGEAR, Inc. | MARTIN L. FINEMAN (CA Bar No. 104413)<br>DAVIS WRIGHT TREMAIN LLP 505<br>Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 276-6575<br>Facsimile: (415) 276-6599<br>martinfineman@dwt.com<br><br>RAYMOND P. NIRO *(Member of N.D. Cal. Bar)*<br>WILLIAM L. NIRO *(pro hac vice)*<br>CHRISTOPHER J. LEE *(pro hac vice)*<br>BRIAN E. HAAN *(pro hac vice)*<br>ANNA B. FOLGERS *(pro hac vice)*<br>NIRO, HALLER & NIRO<br>181 W. Madison St., Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137<br>rniro@nshn.com<br>wniro@nshn.com<br>clee@nshn.com<br>bhaan@nshn.com<br>afolgers@nshn.com<br><br>Counsel for Plaintiff, MPH Technologies OY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NETGEAR INC.,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | No.: 3:10-cv-03376-RS<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff MPH Technologies OY ("MPH"), on the one hand, and Defendant NETGEAR, Inc. ("NETGEAR"), on the other hand, hereby agree and stipulate through their designated counsel that all claims for relief brought by MPH against NETGEAR and all counterclaims brought by NETGEAR against MPH are dismissed with prejudice, each party to bear its own attorneys' fees,

costs and expenses.

DATED: May 16, 2011.

          REED SMITH LLP

          By   /s/ John P. Bovich
              John P. Bovich
              Attorneys for Defendant and Counterclaimant
              NETGEAR, Inc.

DATED: May 16, 2011.

          NIRO, HALLER & NIRO

          By   /s/ Christopher J. Lee
              Christopher J. Lee*
              Attorneys for Plaintiff and Counterdefendant
              MPH Technologies OY

**Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, John P. Bovich hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER AND JUDGMENT

Pursuant to Stipulation, it is hereby ORDERED and ADJUDGED that all claims for relief brought in this Action by MPH against NETGEAR, Inc. ("NETGEAR") are DISMISSED WITH PREJUDICE and all counterclaims brought in this Action by NETGEAR against MPH Technologies OY are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

DATED: 5/16, 2011.

By _____
United States District Judge Richard Seeborg